# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132457

ARTHUR PORTER,
        Plaintiff-Appellant,

v

                                       SC: 132457
                                       COA: 271239

DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee.
                                       Muskegon CC: 05-43980-AH

_____/

On order of the Court, the application for leave to appeal the October 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                          _____

d0220                                            Clerk